UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charles Schultz,<br><br>       Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC,<br><br>       Defendant. | Civil Action No.:  4:13-cv-01223 |

## NOTICE OF SETTLEMENT

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 1, 2013

                Respectfully submitted,

                By  */s/ Jody B. Burton*
                Jody B. Burton, Esq.
                Bar No.: 71681
                LEMBERG & ASSOCIATES L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                E-mail: jburton@lemberglaw.com
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Jody B. Burton*
Jody B. Burton