UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES SCHULTZ,<br><br>*Plaintiff,*<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>*Defendant.* | § § § § § § § § § § § §   CIVIL ACTION NO. 4:13-cv-1223 |

## CONDITIONAL ORDER OF DISMISSAL

The Court is in receipt of the parties' Notice of Settlement, which states that this lawsuit has been settled. Doc. No. 16. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within 60 days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** 60 days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the first day of November, 2013.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE