UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Charles Schultz, | : |
| | : |
| | : Civil Action No.: 4:13-cv-01223 |
| Plaintiff, | : |
| v. | : |
| | : |
| Enhanced Recovery Company, LLC, | : |
| | : |
| Defendant. | : |

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Enhanced Recovery Company, LLC, with prejudice and without costs to any party.

| Charles Schultz | Enhanced Recovery Company, LLC |
|---|---|
| /s/ Jody B. Burton | /s/ David L. Paschall |
| Jody B. Burton (Bar No. 71681) | David L. Paschall (Bar No. 15553800) |
| LEMBERG LAW, LLC | Goins, Underkofler, Crawford & Langdon |
| 1100 Summer Street, 3rd Floor | 1201 Elm Street, Suite 4800 |
| Stamford, CT 06905 | Dallas, Texas 75270 |
| Telephone: (203) 653-2250 | Telephone: (214) 969-5454 |
| Facsimile: (203) 653-3424 | Facsimile: (214) 969-5902 |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 20, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  */s/ Jody B. Burton*
                                              Jody B. Burton